UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23496-MC-ALTONAGA/Damian

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

    Petitioner,
v.

**RAMSUKH, BALRAM KARMCHAND**,

    Respondent.
_____/

**ORDER**

**THIS CAUSE** came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation [ECF No. 16], entered on September 28, 2023. In the Report, Judge Damian recommends that Respondent's Emergency Counterclaim [ECF No. 11] be stricken, that his Motion to Amend Counterclaim [ECF No. 12] be denied, and that his Emergency Counterclaim Amendment [ECF No. 14] also be stricken.[1]

When a magistrate judge's "disposition" has been objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). When no party has timely objected, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note to 1983 addition (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150

---

[1] On September 25, 2023, the Court entered an Order [ECF No. 13] referring the Motion to Magistrate Judge Damian for a report and recommendation.

(1985) ("It does not appear that Congress intended to require district court review of a magistrate[] [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." (alterations added)).

The Report advised the parties that they had 14 days to file written objections. (*See* Report 4).[2] To date, no objections have been filed, nor have the parties requested additional time to object. The Court therefore reviews the Report for clear error.

The Undersigned has reviewed the Report, the record, and the applicable law to assure herself that no clear error appears on the face of the record. In the light of that review, the Undersigned agrees with Magistrate Judge Damian's analysis and recommendations. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 16]** is **ACCEPTED AND ADOPTED**. Respondent's Emergency Counterclaim **[ECF No. 11]** and Emergency Counterclaim Amendment **[ECF No. 14]** are **STRICKEN**. Respondent's Motion to Amend Counterclaim **[ECF No. 12]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of October, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

---

[2] The Court relies on the pagination generated by the Case Management/Electronic Case Files system, which appears in the header on all filings.